■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OCTAVIO LEON-RAMOS, Appellant. [816 NYS2d 100]—Appeal by the defendant from a judgment of the Supreme Court, Queens County (Cooperman, J.), rendered March 12, 2004, convicting him of assault in the first degree and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant argues that he was deprived of a fair trial by the trial court's refusal to inquire, outside the jury's presence, about a conversation between two of the prosecution's witnesses, which occurred during a brief recess immediately after the first witness's testimony and just prior to the second witness's testimony. This argument is unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Iannelli,* 69 NY2d 684, 685 [1986], *cert denied* 482 US 914 [1987]; *People v Thomas,* 50 NY2d 467, 473 [1980]; *People v Jones,* 284 AD2d 411 [2001]). Moreover, the defendant abandoned that argument by cross-examining the second witness without inquiring about the

subject conversation (*see People v Graves*, 85 NY2d 1024, 1027 [1995]; *cf. People v Perdomo*, 280 AD2d 617 [2001]). In any event, the court's ruling was a provident exercise of its discretion. Schmidt, J.P., Crane, Skelos and Lifson, JJ., concur.